SANDERS
·LAW GROUP·

333 EARLE OVINGTON BLVD., SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

March 31, 2023

***Via ECF***
Hon. Paul A. Engelmayer
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *William Farrington v. DanceBody LLC.*
            Docket No: 1:23-cv-01280-PAE

Dear Judge Engelmayer:

      We are the attorneys for Plaintiff William Farrington in this matter. We write in response to the Court's Order to Show Cause dated March 21, 2023 (Dkt. No. 8), and to respectfully request a thirty (30) day extension of time for Plaintiff to move for final default judgment, or in the alternative, for the parties to stipulate to vacate the default and extend Defendant's time to respond to the complaint.

      This request is made in good faith and not for purposes of delay. After entry of the Clerk's Certificate of Default against Defendant on March 27, 2023 (Dkt. No. 11), Plaintiff sent notice of same to the Defendant via email. Thereafter, Plaintiff's counsel was contacted by counsel for Defendant and the parties have engaged in settlement discussions which are ongoing. If the parties are unable to resolve the matter and the Defendant remains in default, Plaintiff intends to proceed with its motion for default judgment. Pursuant to Section 1.E of Your Honor's Individual Rules & Practices:

      (1) the original due date for Plaintiff's default motion is April 5, 2023. The new requested deadline to file the default motion is May 5, 2023;

      (2) no previous requests for adjournment or extension have been made;

      (3) no previous requests were granted or denied;

      (4) Counsel for defendant consents to this request;

      No other dates will be impacted by this request as Defendant is currently in default of answering or appearing [Dkt. No. 11].



Page 2

Thank you for your consideration of this request.

Respectfully submitted,
/s *Renee J. Aragona*
Renee J. Aragona

cc: *all counsel of record via ECF*

Granted.  SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
March 31, 2023